

**ORDERED in the Southern District of Florida on February 17, 2015.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:                                                          Case No. 14-25653-BKC-EPK
                                                                Chapter 13 Proceeding
ANDRADE, JEAN,

    Debtor.
_____/

**AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE
SECURED STATUS OF LIEN ON REAL PROPERTY
HELD BY BANK OF AMERICA, NA**

THIS CASE came to be heard on the 17th day of February, 2015, on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE#31) (hereinafter referred to as the "Motion"). Based upon the debtor's assertions made in support of the Motion, having reviewed the Response in Opposition by Bank of America, NA, **(DE#37)**, having considered the record in this case, having noted that the parties have agreed upon the value of the Real Property, and being duly advised in the premises, the Court FINDS as follows:

A.      Although the value contained within this Agreed Order have been agreed upon by the Debtor, Jean Andrade, and the secured creditor, Bank of America, NA, this is the only item that has been agreed upon.   The Parties are still in negotiations as to the term over which the value shall be paid and the interest rate to be charged over this term.

B.      The value of the debtor's real property (the "Real Property") located at 1447 West Bexley Park Dr, Delray Beach, FL 33445, and more particularly described as

**Lot 43, Block 1, BEXLEY PARK, according to the Plat thereof,
as recorded in Plat Book 102, Pages 48 through 56, of
the Public Records of Palm Beach County, Florida**

is $342,000.00 at the time of the filing of this case.

C.      The total of all claims secured by liens on the Real Property senior to the lien of Bank of America, NA (the "Lender") is $0.00.

D.      The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $342,000.00 and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1.      The Motion is **GRANTED**.

2.      Lender has an allowed secured claim in the amount of $342,000.00 ("Secured Amount").

3.      Because Lender's secured interest in the Real Property is $342,000.00, Lender's mortgage recorded on March 4, 2008 at OR Book 22479 Page 1381 of the official records of Palm Beach County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon payment in full of the Secured Amount above, or other time as may be agreed by the Parties.

4. (Select only one):

    ___ Lender has not filed a proof of claim in this case. The trustee shall not disburse any payments to Lender unless a proof of claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

    _X_ Lender filed a proof of claim in this case, **Proof of Claim 2-1**. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $131,594.00, regardless of the original classification in the proof of claim as filed.

5. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor pays the Secured Amount, or at a time that may be mutually agreed upon by the Parties.

###

**Submitted by:**
**Brett A. Elam**
105 S. Narcissus Avenue
Suite 802
West Palm Beach, FL 33401
**Copies to:**
Brett A. Elam, Esq., 105 S. Narcissus Avenue, Suite 802, West Palm Beach, FL 33401

*The Debtor (or Debtor's attorney) is directed to furnish a complete and correct copy of this order to all interested parties and file a certificate of service with the court.

LF-92 (rev. 01/08/10)     Page 3 of 3